**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ALEJANDRO ZAMORA-SOLORZANO,** ) <br> ) <br> **Defendant.** ) <br> ) | **Case No. 06-20100** <br> **09-2576** |

**MEMORANDUM AND ORDER**

Defendant Alejandro Zamora-Solorzano filed an amended motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 124) on November 13, 2009. According to the most recent scheduling order (doc. 135), the Government's response was due on January 14, 2010, and Mr. Zamora-Solorzano's reply was due on February 15, 2010.[1] The Government filed its response as scheduled (doc.140). Receiving nothing from Mr. Zamora-Solorzano, this court entered a Memorandum and Order (doc. 146) denying Mr. Zamora-Solorzano's § 2255 petition.

Earlier this week, the court received from Mr. Zamora-Solorzano a Motion for Extension of Time to file a reply in support of his § 2255 (doc. 147). According to that motion, Mr. Zamora-Solorzano never received the Government's response to his § 2255

---

[1] That was later extended to February 16, 2010 (doc. 144); February 15 was a federal holiday.

motion, and only realized its existence by reading this court's order on a separate motion (doc. 144). He requests a copy of that document and additional time to review it before submitting a reply. Mr. Zamora-Solorzano also asserted that the court has been sending him correspondence to an incorrect address.

Mr. Zamora-Solorzano's request for additional time to file a reply is denied as moot because the motion has already been ruled on. The court would remind Mr. Zamora-Solorzano, however, that he may file a Rule 59(e) motion to alter or amend the judgment within 28 days of the entry of judgment, or a Rule 60 motion for relief from judgment for one of the grounds listed in Rule 60(b).

The court will also instruct the Clerk's Office to change Mr. Zamora-Solorzano's mailing address to that listed on this latest motion, and to resend a copy of the Government's response and the Memorandum and Order relating to Mr. Zamora-Solorzano's § 2255. The court reminds Mr. Zamora-Solorzano, however, that it is his responsibility to update his address with the court by notifying the Clerk's Office of any change. D. Kan. Rule 5.1(c).

**IT IS THEREFORE ORDERED BY THE COURT** that defendant's motion for extension of time (doc. 147) is **denied as moot**. The Clerk's Office, however, is directed to update defendant's mailing address as specified in the motion. The Clerk's Office is further directed to send defendant via certified mail a copy of the Government's

Response (doc. 140), the Memorandum and Order denying defendant's § 2255 (doc. 146), and this order.

**IT IS SO ORDERED** this 4th day of March, 2010.

<span style="margin-left: 40%">s/ John W. Lungstrum<br>John W. Lungstrum<br>United States District Judge</span>